# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK WOODBERRY

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO. 2022 CW 0733

**AUGUST 29, 2022**

---

In Re: Derrick Woodberry, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 713860.

---

**BEFORE: McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**JMM**
**PMc**
**GH**

.

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

DEPUTY CLERK OF COURT
FOR THE COURT